Inasmuch as no objection is
pending at this time, the
stay is lifted.

APR - 8 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
FILED
APR 1 1 2008
S. D. OF N.Y.

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 2 1 2008

FILED
CLERK'S OFFICE

# 6

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AREDIA AND ZOMETA PRODUCTS
LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-63)

MDL No. 1760

**FILED**

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

APR 1 0 2008

BY_____
DEPUTY CLERK

On April 18, 2006, the Panel transferred 27 civil actions to the United States District Court for the
Middle District of Tennessee for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 429 F.Supp.2d 1371 (J.P.M.L. 2006). Since that time, 317 additional actions
have been transferred to the Middle District of Tennessee. With the consent of that court, all such
actions have been assigned to the Honorable Todd J. Campbell.

It appears that the actions on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Middle District of Tennessee and assigned to
Judge Campbell.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199
F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Middle
District of Tennessee for the reasons stated in the order of April 18, 2006, and, with the consent of
that court, assigned to the Honorable Todd J. Campbell.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Middle District of Tennessee. The transmittal of this order to said Clerk shall
be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of
the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

ATTEST AND CERTIFY
A TRUE COPY
Clerk
U.S. District Court
Middle District of Tennessee

By:_____
Deputy Clerk

A CERTIFIED TRUE COPY

APR _ 8 2008

ATTEST_____
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION